Block & Roos

Block & R[oos]
Attorneys
2 Liberty
11th Floor
Boston, M
02109

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2019

November 19, 2019

VIA ECF & EMAIL
Honorable Analisa Torres
United States District Court
Southern District of New York
40 Foley Square, Room 2104
New York, NY 10007
torres_nysdchambers@nysd.uscourts.gov

> Re: The Trustees of Columbia University v. Encyclopaedia Iranica
> Foundation, Inc., 1:19-cv-07465-AT and
> Encyclopaedia Iranica Foundation, Inc. v. The Trustees of Columbia
> University, et al., 1:19-cv-8562-AT

Dear Judge Torres:

The parties to the above consolidated actions submit this joint letter to request that this Court set a deadline for responsive pleadings to any Amended Complaint to be filed by Encyclopaedia Iranica Foundation (EIF).

Currently, as per this Court's Order of November 7, 2019, EIF will file its amended complaint in Action 1:19-cv-08562 within one week of the delivery of an inventory by a third-party vendor, of all materials in Columbia's possession for which ownership is disputed.

Per a prior Order of this Court of October 21, 2019, however, Columbia, Elton Daniel and Brill USA, Inc., the defendants in Action 1:19-cv-08562 must file their responses to EIF's amended complaint no later than November 21, 2019.

Under the circumstances, where no amended complaint will have been filed before November 21, 2019, by virtue of the Court's prior Order extending the deadline for EIF to file its amended complaint, the parties request that the responses of the defendants named in EIF's amended complaint be due no later than 14 days after service of such amended complaint.

Respectfully submitted,

BLOCK & ROOS, LLP

/Sigmund J. Roos/

Sigmund J. Roos
Attorneys for Defendant Brill USA, Inc.

REITLER KAIAS & ROSENBLATT LLC

/Robert W. Clarida/

Robert W. Clarida
Attorneys for Elton Daniel and The Trustees of Columbia University

ARENT FOX LLP

/Marylee Jenkins/

Marylee Jenkins
Attorneys for Encyclopaedia Iranica Foundation, Inc.

cc: All counsel (by ECF)

GRANTED.

SO ORDERED.

Dated: November 20, 2019
   New York, New York

**ANALISA TORRES**
**United States District Judge**