USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/4/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,

        Plaintiff,

-against-

ENCYCLOPAEDIA IRANICA FOUNDATION,

        Defendant.

19 Civ. 7465 (AT) (KNF)

**ORDER**

ENCYCLOPAEDIA IRANICA FOUNDATION, INC.,

        Plaintiff,

-against-

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, ELTON DANIEL AND BRILL USA, INC.,

        Defendants.

19 Civ. 8562 (AT) (KNF)

**ORDER**

ANALISA TORRES, District Judge:

    In light of discovery being extended in this matter, 19 Civ. 7465, ECF No. 41, the case management conference scheduled for March 10, 2020 is ADJOURNED *sine die*.

    SO ORDERED.

Dated: March 4, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge