UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW YORK,    :

       Plaintiff,    :

        -against-    :

ENCYCLOPAEDIA IRANICA FOUNDATION,    :

       Defendant.    :
------------------------------------------------------------X

**ORDER**

19-CV-7465 (AT)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on June 25, 2020, at 2:00 p.m.  All counsel are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York
       June 23, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE