UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW YORK,    :

         Plaintiff,    :

     -against-    :

ENCYCLOPAEDIA IRANICA FOUNDATION,    :

         Defendant.    :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

**ORDER**

19-CV-7465 (AT)(KNF)

    IT IS HEREBY ORDERED that the telephone conference scheduled previously for June 25, 2020, shall be held on July 1, 2020, at 2:00 p.m.  All counsel are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York
       June 24, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE