UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THE TRUSTEES OF COLUMBIA                          :
UNIVERSITY IN THE CITY OF NEW YORK,
ET AL.,                                           :

           Plaintiff,                              :

         -against-                                  :

ENCYCLOPAEDIA IRANICA FOUNDATION,   :

          Defendant.                            :
-------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

         ORDER

    19-CV-7465 (AT)(KNF)

      In a letter dated July 15, 2020, counsel to the plaintiff requests that the Court release the

parties from the obligation of conducting the inventory at 450 Riverside Drive, New York, New

York, which the assigned district judge has repeatedly ordered the parties to undertake with the

assistance of an inventory vendor.  In essence, the plaintiff is requesting that the Court counter-

mand the inventory orders of the assigned district judge.  The Court lacks the authority to

countermand the inventory orders issued by the assigned district judge.  Therefore, the plaintiff's

request is denied without prejudice. The plaintiff  must apply to the assigned district judge for

the relief it seeks through the July 15, 2020 letter.

Dated: New York, New York
      July 24, 2020

        SO ORDERED:

        _Kevin Nathaniel Fox_
        KEVIN NATHANIEL FOX
        UNITED STATES MAGISTRATE JUDGE