USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,

           Plaintiff,

-against-

ENCYCLOPAEDIA IRANICA FOUNDATION,

           Defendant.

19 Civ. 7465 (AT) (KNF)

ENCYCLOPAEDIA IRANICA FOUNDATION, INC.,

           Plaintiff,

-against-

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, ELTON DANIEL AND BRILL USA, INC.,

           Defendants.

19 Civ. 8562 (AT) (KNF)

**ORDER**

ANALISA TORRES, District Judge:

Encyclopaedia Iranica Foundation, Inc. ("EIF"), having filed a motion for a temporary restraining order, ECF No. 91,[1] it is ORDERED that:

- The Trustees of Columbia University in the City of New York, Elton Daniel, and Brill USA, Inc. shall file a response by **July 28, 2020**; and

- By **July 29, 2020**, EIF shall file its reply, if any.

SO ORDERED.

Dated: July 27, 2020
      New York, New York

_____
ANALISA TORRES
United States District Judge

---

[1] The ECF cites refer to documents as numbered in *Encyclopaedia Iranica Foundation, Inc. v. Trustees of Columbia University in the City of New York, et. al.*, No. 19 Civ. 8562 (S.D.N.Y.).