UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>                  Plaintiff,<br><br>                v.<br><br>ENCYCLOPAEDIA IRANICA FOUNDATION,<br><br>                  Defendant. | 19 Civ. 7465 (AT)(KNF) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Benjamin B. Klubes hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for The Trustees of Columbia University in the City of New York in the above-captioned action.

I am in good standing of the bars of the state of Maryland and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3, as well as a certificate of good standing from the Maryland Court of Appeals and the District of Columbia.

Dated: August 17, 2020

Benjamin B. Klubes
Buckley LLP
2001 M Street NW, Suite 500
Washington, DC 20036
Tel: 202-349-8000
Fax: 202-349-8080
bklubes@buckleyfirm.com