USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _8/26/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,

                Plaintiff,

-against-           19 Civ. 7465 (AT) (KNF)

ENCYCLOPAEDIA IRANICA FOUNDATION,

                Defendant.

ENCYCLOPAEDIA IRANICA FOUNDATION, INC.,

                Plaintiff,

-against-           19 Civ. 8562 (AT) (KNF)

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, ELTON DANIEL AND BRILL USA, INC.,

                Defendants.

**ORDER**

ANALISA TORRES, District Judge:

      The Court having concluded the evidentiary hearing on Encyclopaedia Iranica Foundation, Inc.'s motion for a preliminary injunction against the Trustees of Columbia University in the City of New York, Elton Daniel, and Brill USA, Inc., it is hereby ORDERED that by **September 3, 2020**, each party is directed to submit a brief which, at minimum, contains:

1. A statement of facts citing (a) the hearing transcript, with page and line numbers corresponding to each asserted fact, or (b) exhibits, with page numbers corresponding to each asserted fact;

2. A section describing the applicable law.

By **September 10, 2020**, each party shall file opposition papers.

It is ORDERED that the temporary restraining order entered by the Court on July 31, 2020, ECF No. 105[1], will remain in force until **October 8, 2020**, at **7:00 p.m.**  The Court finds that good cause exists under Rule 65(b)(2) of the Federal Rules of Civil Procedure to extend the TRO until after the submission of the parties' post-hearing briefs, because such time will allow the Court to consider the parties' submissions, and because the extension is supported by the reasons stated in the Court's decision granting the TRO.; *see In re Criminal Contempt Proceedings Against Gerald Crawford, Michael Warren*, 329 F.3d 131, 136–39 (2d Cir. 2003) (holding that a TRO, extended for good cause pending resolution of preliminary injunction proceedings was a valid basis for appellants' contempt convictions); *Armstrong v. Real Estate Int'l, Ltd.*, No. 05 Civ. 5383, 2006 WL 354983, at *2 (E.D.N.Y. Feb. 14, 2006) (noting that the court "extended the TRO until it issued [its] decision" on the pending preliminary injunction motion); *see also* Charles Alan Wright & Arthur R. Miller, 11A Federal Practice & Procedure § 2953 (3d ed. 2016) (noting that a court may extend a TRO for good cause, and that "a showing that the grounds for originally granting the temporary restraining order continue to exist should be sufficient").

SO ORDERED.

Dated: August 26, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge

---

[1] The ECF cite refers to documents as numbered in *Encyclopaedia Iranica Foundation, Inc. v. Trustees of Columbia University in the City of New York, et. al.*, No. 19 Civ. 8562 (S.D.N.Y.).

2