USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _10/7/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,

                Plaintiff,

-against-

ENCYCLOPAEDIA IRANICA FOUNDATION,

                Defendant.

19 Civ. 7465 (AT) (KNF)

ENCYCLOPAEDIA IRANICA FOUNDATION, INC.,

                Plaintiff,

-against-

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, ELTON DANIEL AND BRILL USA, INC.,

                Defendants.

19 Civ. 8562 (AT) (KNF)

**ORDER**

ANALISA TORRES, District Judge:

By **October 7, 2020**, at **10:00 p.m.**, the parties shall file to the docket all exhibits not designated as confidential as listed in ECF Nos. 111 and 112.[1] For each exhibit, the exhibit description shall reflect the numbering or lettering used in ECF Nos. 111 and 112.

    SO ORDERED.

Dated: October 7, 2020
        New York, New York

_____
ANALISA TORRES
United States District Judge

---

[1] Citations to the docket refer to documents as numbered in *Encyclopaedia Iranica Foundation, Inc. v. Trustees of Columbia University in the City of New York, et. al.*, No. 19 Civ. 8562 (S.D.N.Y.).