# Arent Fox

**Arent Fox LLP** / Attorneys at Law
Boston / Los Angeles / New York / San Francisco / Washington, DC

October 8, 2020

VIA ECF

Hon. Analisa Torres
District Court Judge
United State District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

**Marylee Jenkins**
Partner
212.484.3928 DIRECT
212.484.3990 FAX
Email: marylee.jenkins@arentfox.com

Re: *Trustees of Columbia Univ. of the City of N.Y. v. Encyclopaedia Iranica Found., Inc.*, No. 19-cv-07465; *Encyclopaedia Iranica Found., Inc. v. Trustees of Columbia Univ. of the City of N.Y.*, No. 19-cv-08562

Dear Judge Torres:

We represent Plaintiff Encyclopaedia Iranica Foundation, Inc. ("EIF") in the above-referenced consolidated litigation. Once again the Trustees of Columbia University of the City of New York ("Columbia") and Elton Daniel ("Daniel" and collectively "Defendants") continue their pattern and practice of flouting this Court's orders by refusing to abide by the parameters of Your Honor's mandates.

Your Honor unambiguously ordered the parties to "file to the docket all exhibits not designated as confidential as listed in ECF Nos. 111 and 112."[1] ECF No. 145. This Order was limited to exhibits listed on the parties' Preliminary Injunction Hearing Exhibit Lists. Yet, Defendants filed the Supplemental Declaration of Elton Daniel and the exhibits attached thereto ("Daniel Declaration Materials") (ECF No. 149), which are not on Defendants' Hearing Exhibit List and are the subject of EIF's pre-motion letter to strike. ECF No. 142.

EIF requests that the Court strike the Daniel Declaration Materials from the docket as they do not comply with this Court's Order. Thank you for your consideration in this matter.

Respectfully submitted,

*Marylee Jenkins*
Marylee Jenkins

---

[1] The docket entries referenced herein are from SDNY Case No. 1:19-cv-08562.