UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK,

            Plaintiff,                  **ORDER**

    -against-                   19-CV-7465 (AT)(KNF)

ENCYCLOPAEDIA IRANICA FOUNDATION,

            Defendant.
------------------------------------------------------------------X
ENCYCLOPAEDIA IRANICA FOUNDATION,

            Plaintiff,

    -against-                   19-CV-8562 (AT)(KNF)

THE TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK, ELTON
DANIEL, and BRILL USA, INC.,

            Defendants.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       IT IS HEREBY ORDERED that a telephonic status conference shall be held in the above- captioned actions on January 28, 2021, at 3:30 p.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated:  New York, New York         SO ORDERED:
          January 26, 2021

                                                        _/s/ Kevin Nathaniel Fox_
                                                        KEVIN NATHANIEL FOX
                                                        UNITED STATES MAGISTRATE JUDGE