

**Andrew W. Schilling**
Partner
1133 Avenue of the Americas
Suite 3100
New York, NY  10036
T (212) 600-2330
aschilling@buckleyfirm.com

February 7, 2021

**By ECF**
Honorable Kevin N. Fox
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:**   *The Trustees of Columbia University in the City of New York v. Encyclopaedia Iranica Foundation,* No. 19 Civ. 7465 (AT)(KNF);
*Encyclopaedia Iranica Foundation v. The Trustees of Columbia University in the City of New York, et al.,* No. 19 Civ. 8562 (AT)(KNF)

Dear Judge Fox:

In accordance with the Court's direction at the January 28, 2021 status conference, the parties have conferred and jointly submit the attached proposed civil case management plan for the Court's consideration.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Andrew W. Schilling*
Andrew W. Schilling

cc: All counsel of record (via ECF)