UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK,

            Plaintiff,

    -against-

ENCYCLOPAEDIA IRANICA FOUNDATION,

           Defendant.
------------------------------------------------------------X
ENCYCLOPAEDIA IRANICA FOUNDATION,

           Plaintiff,

    -against-

THE TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK, ELTON
DANIEL, and BRILL USA, INC.,

           Defendants.
------------------------------------------------------------X

**ORDER**

19-CV-7465 (AT)(KNF)

19-CV-8562 (AT)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    For the telephonic status conference scheduled for September 8, 2021, at 2:00 p.m., the parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York
       February 11, 2021

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE