UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE TRUSTEES OF COLUMBIA UNIVERSITY  :
IN THE CITY OF NEW YORK,             :
                                     :
        Plaintiff,                   :           **ORDER**
                                     :
    -against-                        :           19-CV-7465 (AT)(KNF)
                                     :
ENCYCLOPAEDIA IRANICA FOUNDATION,    :
                                     :
        Defendant.                   :
------------------------------------------------------------------X
ENCYCLOPAEDIA IRANICA FOUNDATION,    :
                                     :
        Plaintiff,                   :
                                     :
    -against-                        :           19-CV-8562 (AT)(KNF)
                                     :
THE TRUSTEES OF COLUMBIA UNIVERSITY  :
IN THE CITY OF NEW YORK, ELTON       :
DANIEL, and BRILL USA, INC.,         :
                                     :
        Defendants.                  :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

The telephonic status conference scheduled previously for September 8, 2021, at 2:00 p.m., is hereby rescheduled to 5:00 p.m. on the same date.  The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated:  New York, New York              SO ORDERED:
        July 27, 2021

                                        _____
                                        KEVIN NATHANIEL FOX
                                        UNITED STATES MAGISTRATE JUDGE