UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE TRUSTEES OF COLUMBIA UNIVERSITY :
IN THE CITY OF NEW YORK, :
 :
         Plaintiff, : **ORDER**
 :
  -against- : 19-CV-7465 (AT)(KNF)
 :
ENCYCLOPAEDIA IRANICA FOUNDATION, :
 :
         Defendant. :
------------------------------------------------------------------X
ENCYCLOPAEDIA IRANICA FOUNDATION, :
 :
         Plaintiff, :
 :
  -against- : 19-CV-8562 (AT)(KNF)
 :
THE TRUSTEES OF COLUMBIA UNIVERSITY :
IN THE CITY OF NEW YORK, ELTON :
DANIEL, and BRILL USA, INC., :
 :
         Defendants. :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned actions on September 22, 2021, at 4:00 pm. The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated:  New York, New York                SO ORDERED:
          September 20, 2021

                                                                                              */s/ Kevin Nathaniel Fox*
                                                                                KEVIN NATHANIEL FOX
                                                                                 UNITED STATES MAGISTRATE JUDGE