UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK,

         Plaintiff,                     **ORDER**

  -against-                           19-CV-7465 (AT)(KNF)

ENCYCLOPAEDIA IRANICA FOUNDATION,

         Defendant.
------------------------------------------------------------------X
ENCYCLOPAEDIA IRANICA FOUNDATION,

         Plaintiff,

  -against-                           19-CV-8562 (AT)(KNF)

THE TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK, ELTON
DANIEL, and BRILL USA, INC.,

         Defendants.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A telephonic conference was held with counsel to the respective parties on September 22, 2021. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that: 1) all discovery, of whatever nature, shall be initiated so as to be completed on or before June 22, 2022; 2) any dispositive motion shall be made in accordance with the assigned district judge's Individual Rules of Practice; and 3) if no dispositive motion is made, the parties shall submit their joint pretrial order to the court on or before July 22, 2022. That document must conform to

the requirements for such an order that are found in the assigned district judge's Individual Rules of Practice.

Dated:  New York, New York          SO ORDERED:
        September 22, 2021

                                    _____Kevin Nathaniel Fox_____
                                    KEVIN NATHANIEL FOX
                                    UNITED STATES MAGISTRATE JUDGE