UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  12/6/2021

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW
YORK,

                    Plaintiff,

          -against-

ENCYCLOPAEDIA IRANICA
FOUNDATION,

                              Defendant.

19 Civ. 7465 (AT) (KNF)

**<u>ORDER</u>**

ANALISA TORRES, District Judge:

        The Court has reviewed the parties' pre-motions letters.  ECF Nos. 151 & 152.
Encycolopaedia Iranica Foundation, Inc.'s request to file a partial motion to dismiss is DENIED
without prejudice to renewal after an amended complaint is filed in 19 Civ. 8562, or at the time
pre-motion letters regarding summary judgment motions are due in this case.  Encycolopaedia
Iranica Foundation, Inc. shall comply with Rule III.B of the Court's Individual Practices in Civil
Cases upon renewing its request to file a motion to dismiss.

        The Clerk of Court is directed to terminate the motion at ECF No. 151.

        SO ORDERED.

Dated: December 6, 2021
       New York, New York

                                        _____
                                        ANALISA TORRES
                                        United States District Judge