UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,

            Plaintiff,

-against-

ENCYCLOPAEDIA IRANICA FOUNDATION,

           Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/26/2022

19 Civ. 7465 (AT) (KNF)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' pre-motion letters. ECF Nos. 154 & 155. Encyclopaedia Iranica Foundation, Inc.'s request to file a partial motion to dismiss is held in ABEYANCE until the time pre-motion letters regarding summary judgment motions are due in this case.

    The Clerk of Court is directed to terminate the motion at ECF No. 154.

    SO ORDERED.

Dated: January 26, 2022
       New York, New York

                                  ANALISA TORRES
                               United States District Judge