UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ENCYCLOPAEDIA IRANICA FOUNDATION, Inc.,<br><br>　　　　　　　　　　Defendant. | 19 Civ. 7465 (AT)<br><br>**DECLARATION OF<br>BENJAMIN B. KLUBES** |

I, Benjamin B. Klubes, declare under the penalties of perjury as follows:

　　　1.　　I am an attorney licensed to practice before this Court. I am currently listed as an attorney of record for Plaintiff Trustees of Columbia University in the City of New York ("Columbia") in this matter.

　　　2.　　This declaration is respectfully submitted in support of my motion pursuant to Local Civil Rule 1.4 for an Order granting me leave to withdraw as an attorney of record for Columbia.

　　　3.　　My representation of Columbia in this case arose from my association with Buckley LLP.

　　　4.　　May 6, 2022 is the last day that I will be associated with Buckley LLP. As such, I will not be litigating this matter on Columbia's behalf going forward.

　　　5.　　Accordingly, I respectfully request leave to withdraw my appearance.

　　　6.　　Columbia will continue to be represented in these proceedings by Buckley LLP.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April __, 2022 in Washington, DC.

*/s/ Benjamin B. Klubes*
Benjamin B. Klubes
