UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>*Plaintiff*,<br><br>v.<br><br>ENCYCLOPAEDIA IRANICA FOUNDATION, INC.,<br><br>*Defendant*. | **Case No.: 1:19-cv-07465-AT-JW** |
| ENCYCLOPAEDIA IRANICA FOUNDATION, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, ELTON DANIEL, KONINKLIJKE BRILL N.V.<br><br>*Defendants*. | **Case No.: 1:19-cv-08562-AT-JW** |

### [PROPOSED] AMENDED SCHEDULING ORDER

Good cause having been shown, IT IS HEREBY ORDERED that:

1. <u>Document Discovery</u>:

    a. Document production to continue to occur on a rolling basis, with substantial completion of the parties' document productions by June 17, 2022.

    b. All document discovery, including the exchange of privilege logs, is to be completed by July 15, 2022.

2. <u>Written Discovery</u>:  Interrogatories and Requests for Admission, if any, are to be served on or before August 19, 2022.

3. All discovery, including depositions and expert discovery, is to be completed by November 18, 2022.

4. The parties may by written agreement extend any interim discovery deadlines, other than the November 18, 2022 discovery deadline, without Court approval.

5. Any dispositive motion shall be made in accordance with Judge Torres's Individual Rules of Practice.

DATED:      May 13, 2022

LEVINE LEE LLP

*/s/ Seth L. Levine*
Seth L. Levine
Scott B. Klugman
5 Columbus Circle
New York, New York 10019
slevine@levinelee.com
sklugman@levinelee.com

*Attorneys for Encyclopaedia Iranica Foundation, Inc.*

BUCKLEY LLP

*/s/ Andrew W. Schilling*
Andrew W. Schilling
1133 Avenue of the Americas
Suite 3100
New York, New York 10036
aschilling@buckleyfirm.com

Amanda R. Lawrence
2001 M Street, Suite 500
Washington, DC  20036
alawrence@buckleyfirm.com

*Attorneys for The Trustees of Columbia University in the City of New York and Elton Daniel*

IT IS SO ORDERED:

*Jennifer E. Willis*

The Honorable Jennifer Willis
United States Magistrate Judge

Dated: May 16, 2022

BLOCK & ROOS, LLP

*/s/ Sigmund J. Roos*
Sigmund J. Roos
2 Liberty Square, 11th Floor
Boston, MA 02109

*Attorneys for Koninklijke Brill, N.V.*