**LEVINE LEE LLP**

NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/14/2023__

**Scott B. Klugman**
212 257 4030 direct
sklugman@levinelee.com

March 13, 2023

**VIA ECF**

Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re**: *Columbia University v. Encyclopaedia Iranica Foundation*, 19-cv-7465 (AT) (JW);
*Encyclopaedia Iranica Foundation v. Columbia University et al.*, 19-cv-8562 (AT) (JW)

Dear Judge Torres:

We are pleased to report on behalf of the parties that, as a result of extensive settlement efforts, the parties have made considerable progress towards resolving their disputes in these consolidated cases. To allow the parties to continue devoting their efforts to finalizing settlement rather than engaging in costly and distracting litigation, the parties respectfully request that the Court extend the March 31, 2023 discovery deadline in these cases to April 28, 2023, and adjourn the case management conference currently scheduled for April 25, 2023 to a date that is convenient for the Court in May.

The parties are available at the Court's convenience to discuss these issues or, if the Court prefers, will provide the Court with a further update in 21 days as to the status of their settlement efforts.

Respectfully submitted,

/s/ Scott B. Klugman
Scott B. Klugman

GRANTED. Fact discovery will close on April 28, 2023. The case management conference scheduled for April 25, 2023, is ADJOURNED to **May 16, 2023**, at **3:20 p.m.** By **April 10, 2023**, the parties shall provide the Court an update on the status of their settlement efforts.

Additionally, the parties are reminded that they must file a joint status report not later than one week in advance of the case management conference. And, pre-motion letters for any motions for summary judgment must be submitted within fourteen days of the close of fact discovery.

SO ORDERED.

Dated: March 14, 2023
New York, New York

ANALISA TORRES
United States District Judge