USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/2023

April 10, 2023

**By ECF and Email**
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

Re:   *The Trustees of Columbia University in the City of New York v. Encyclopaedia Iranica Foundation,* No. 19 Civ. 7465 (AT)(JW);
*Encyclopaedia Iranica Foundation, Inc. v. The Trustees of Columbia University in the City of New York, et al.,* No. 19 Civ. 8562 (AT)(JW)

Dear Judge Torres:

We respectfully submit this letter pursuant to the Court's March 14, 2023 Order to jointly update the Court on the status of settlement efforts.

The parties to the settlement discussions (*i.e.*, Columbia University, Encyclopaedia Iranica Foundation, Koninklijke Brill N.V., and Brill, USA) are pleased to report that, since the submission of their March 13, 2023 letter, they have made further progress towards resolving their disputes in these consolidated cases. Additional time is needed, however. To allow the parties to continue devoting their efforts to finalizing settlement, rather than engaging in costly and distracting litigation, we respectfully request that the Court extend the April 28, 2023 discovery deadline in these cases to May 25, 2023, and adjourn the case management conference currently scheduled for May 16, 2023 to a date that is convenient for the Court in June.

We also propose to provide an additional joint status update to the Court by no later than May 2, 2023, or such other date as the Court may direct.

GRANTED. Fact discovery will close on **May 25, 2023**. The case management conference scheduled for May 16, 2023, is ADJOURNED to **June 20, 2023**, at **3:40 p.m.** Additionally, the parties are reminded that they must file a joint status report not later than one week in advance of the case management conference. And, pre-motion letters for any motions for summary judgment must be submitted within fourteen days of the close of fact discovery.

By **May 2, 2023**, the parties shall file a joint status letter on their settlement efforts.

SO ORDERED.

Dated: April 11, 2023
        New York, New York

_____
ANALISA TORRES
United States District Judge