May 2, 2023

**By ECF and Email**
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

Re:   *The Trustees of Columbia University in the City of New York v. Encyclopaedia Iranica Foundation,* No. 19 Civ. 7465 (AT)(JW);
*Encyclopaedia Iranica Foundation, Inc. v. The Trustees of Columbia University in the City of New York, et al.,* No. 19 Civ. 8562 (AT)(JW)

Dear Judge Torres:

We respectfully submit this letter to jointly update the Court on the status of settlement efforts. Since the submission of the last status update on April 10, 2023, the parties to the settlement discussions have continued to make progress towards resolving their disputes in these consolidated cases. The parties require additional time to finalize the settlement and propose to provide an additional joint status update to the Court by no later than May 9, 2023.

We thank the Court for its attention to this matter.

Respectfully submitted,

LEVINE LEE LLP

*/s/ Scott B. Klugman*
Scott B. Klugman
Seth L. Levine
1500 Broadway, Suite 2501
New York, New York 10036
sklugman@levinelee.com
slevine@levinelee.com

Attorneys for Encyclopaedia Iranica Foundation, Inc.

SCHILLING LAW LLC

*/s/ Andrew W. Schilling*
Andrew W. Schilling
1345 Avenue of the Americas, 2nd Floor
New York, New York 10105
aschilling@schillinglaw.com

ORRICK, HERRINGTON & SUTCLIFFE LLP

Amanda R. Lawrence
2001 M Street, Suite 500
Washington, DC 20036
alawrence@orrick.com

Attorneys for The Trustees of Columbia University in the City of New York and Elton Daniel

BLOCK & ROOS, LLP

*/s/ Sig Roos*
Sig Roos
2 Liberty Square, 11th Floor
Boston, MA 02109

Attorneys for Koninklijke Brill N.V. and Brill, USA

cc: All counsel of record (via ECF)