USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/21/2023_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,

      Plaintiff,

-against-

ENCYCLOPAEDIA IRANICA FOUNDATION,

      Defendant.

ENCYCLOPAEDIA IRANICA FOUNDATION, INC.,

      Plaintiff,

-against-

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK AND KONINKLIJKE BRILL N.V.,

      Defendants.

19 Civ. 7465 (AT)

19 Civ. 8562 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  The Court has reviewed the parties' proposed stipulation of voluntary dismissal without prejudice. 19 Civ. 8562, ECF No. 239. The proposed stipulation only dimisses Encyclopaedia Iranica Foundation's claims against Koninklijke Brill N.V.; it does not dismiss the claims against Trustees of Columbia University in the City of New York ("Columbia"). *Id.* It also lists Elton Daniel as a defendant in this action. The parties have already stipulated to dismissing claims against Daniel with prejudice. 19 Civ. 8562, ECF No. 232. The caption in the proposed stipulation for 19 Civ. 8562 should match the above. Accordingly, by **June 23, 2023**, the parties shall file a revised proposed stipulation.

  SO ORDERED.

Dated: June 21, 2023
   New York, New York

                  ANALISA TORRES
                  United States District Judge